IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD STICKNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA, )<br>)<br>Defendant. ) | Case No. 3:04-0075<br>Judge Trauger<br>Magistrate Judge Griffin |

### ORDER

For the reasons expressed in the accompanying Memorandum, defendant's motion for judgment on the administrative record (Docket No. 24) is DENIED, and plaintiff's motion for judgment on the administrative record (Docket No. 26) is GRANTED. Defendant Unum's decision denying continued short term disability benefits and an award of long term disability benefits to plaintiff will be REVERSED. Defendant Unum is hereby ORDERED to pay to plaintiff all benefits to which he is entitled under the short and long term disability policies, along with interest and attorney's fees. Plaintiff shall file a motion for reasonable attorney's fees incurred within ten (10) days of the entry of this Order.

This case is hereby REMANDED for the limited purpose of determining the duration of plaintiff's long term disability benefits and specifically, whether plaintiff's illness or illnesses fall within the long-term disability policy's twenty-four month limitation for "self-reported symptoms" or "mental illness."

1

It is so ordered.

Entered this __12th__ day of __August__, 2005.

_____
ALETA A. TRAUGER
United States District Judge